```
Priority  ✓
Send      ✓
Enter     ✓
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___
```



FILED
CLERK, U.S. DISTRICT COURT

JUL 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD SMITH,<br><br>      Petitioner,<br><br>    v.<br><br>JOHN MARSHALL,<br><br>      Respondent. | Case No. CV 07-2880 GHK(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the Amended Report and Recommendation of United States Magistrate Judge ("Amended Report and Recommendation"). The Court approves and adopts the Amended Report and Recommendation.

    IT IS HEREBY ORDERED that: (1) petitioner's Request to Stay is denied; (2) petitioner's alternative request to delete the second unexhausted claim is granted; (3) claim two of the Petition is dismissed without prejudice; (4) respondent's Motion to Dismiss is denied as moot; and (5) respondent shall file an Answer addressing the merits of petitioner's remaining claim within thirty (30) days of the entry of this Order.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Amended Report and Recommendation on petitioner and on respondent's counsel.

IT IS SO ORDERED.

DATED: 7/30/08

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE