UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD SMITH,<br>　　　　　Petitioner,<br>　　v.<br>JOHN MARSHALL, Warden,<br>　　　　　Respondent. | Case No. CV 07-2880 GHK(JC)<br>(PROPOSED)<br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: _____1/6/10_____

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE